IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT OLSEN and ROSELITA OLSEN, | ) ) ) | 4:08CV3078 |
| Plaintiffs, | ) ) ) | **MEMORANDUM** |
| v. | ) ) | **AND ORDER** |
| HABITAT FOR HUMANITY and NANCY MUELING, Executive Director, | ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs Robert Olsen and Roselita Olsen filed their Complaint on April 21, 2008. (Filing No. 1.) Plaintiff Robert Olsen submitted a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) However, Plaintiff Roselita Olsen failed to individually apply to proceed in forma pauperis or pay the $350.00 filing fee.

Each plaintiff seeking to proceed without payment of fees must individually submit an affidavit stating all assets and sign it under penalty of perjury. On its own motion, the court grants Plaintiff Roselita Olsen until June 9, 2008, in which to either submit a Motion for Leave to Proceed In Forma Pauperis or pay the court's $350.00 filing fee. The court cautions Plaintiff Roselita Olsen that failure to comply with this order may result in her dismissal from this case without further notice.

IT IS THEREFORE ORDERED that:

1. On or before June 9, 2008, Plaintiff Rosalita Olsen shall either submit Form AO240, originally signed under penalty of perjury, or pay the court's $350.00

filing fee. Plaintiff Rosalita Olsen is warned that failure to comply with this order may result in her dismissal from this case without further notice.

2. The Clerk of the court is directed to send to Plaintiff Rosalita Olsen Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

3. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: June 9, 2008: deadline for Plaintiff Rosalita Olsen to submit a Motion for Leave to Proceed In Forma Pauperis or pay filing fee.

Dated May 12, 2008.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge