IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT OLSEN and ROSELITA OLSEN, | ) ) ) | 4:08CV3078 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| HABITAT FOR HUMANITY and NANCY MUELING, Executive Director, | ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff Roselita Olsen, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis.  (Filing No. 7.)  Upon review of the plaintiff's motion, the court finds that the plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

Dated May 27, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge