IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT OLSEN and ROSELITA OLSEN, | ) ) ) | 4:08CV3078 |
| Plaintiffs, | ) ) ) | **MEMORANDUM** |
| v. | ) ) | **AND ORDER** |
| HABITAT FOR HUMANITY and NANCY MUELING, Executive Director, | ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On July 21, 2008, the court entered a Memorandum and Order dismissing claims and directing the plaintiffs to file an amended complaint no later than August 19, 2008. (Filing No. 11.) The plaintiffs have not filed an amended complaint or any other response to the court's July 21, 2008, Memorandum and Order.

    IT IS THEREFORE ORDERED that:

    1.    This matter is dismissed without prejudice because the plaintiffs failed to prosecute this matter diligently and failed to comply with this court's orders.

    2.    A separate judgment will be entered in accordance with this Memorandum and Order.

    Dated September 15, 2008.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge